## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) **CRIMINAL ACTION: 1:20-00047-KD-B** |
| | ) |
| **MICHAEL DJUAN PLEASANT,** | ) |
| Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 46) and without any objection having been filed by the parties, the Defendant's plea of guilty to COUNT ONE of the Indictment is now accepted, and the Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for October 9, 2020 at 9:00 a.m., under separate order.

**DONE** and **ORDERED** this the **30th** day of **September 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**